**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jason Andrew VITULANO, a.k.a.
J, a.k.a. Jay, Defendant–
Appellant.**

**No. 14–15655
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 24, 2015.

Wifredo A. Ferrer, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, Lauren E. Jorgensen, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Robert E. Adler, Federal Public Defender's Office, West Palm Beach, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Jason Andrew Vitulano, Miami, FL, pro se.

Before ED CARNES, Chief Judge, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

Robert E. Adler, appointed counsel for Jason Andrew Vitulano in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vitulano's convictions and sentences are **AFFIRMED**.